**FULTON MARKET COLD STORAGE CO.
v. UNITED STATES.**

No. 43336.

Court of Claims.

March 2, 1942.

Walter W. Ahrens, of Washington, D. C. (John J. Hickey, of Washington, D. C., and James K. Polk, of New York City, on the brief), for plaintiff.

James K. Polk, of New York City (Robert E. Coulson, of New York City, on the brief), for Consolidated Edison Co. of New York, Inc., amicus curiæ.

Hubert L. Will, of Washington, D. C., and Samuel O. Clark, Jr., Asst. Atty. Gen. (Robert N. Anderson, Fred K. Dyar, and George H. Foster, all of Washington, D. C., on the brief), for defendant.

Before WHALEY, Chief Justice, and LITTLETON, WHITAKER, JONES, and MADDEN, Judges.

PER CURIAM.

The material facts in this case are substantially the same as the facts in St. Louis Refrigerating & Cold Storage Co. v. United States, Ct.Cl., 43 F.Supp. 476, decided this day. The question presented is the same.

Upon the facts disclosed and for the reasons set forth in St. Louis Refrigerating & Cold Storage Co. v. United States, supra, the court is of the opinion that the plaintiff is not entitled to recover, and the petition is therefore dismissed.

It is so ordered.